**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

LUIS S. ROSERO-BARROS,

CASE NO.: 16-cv-20954-JAL

Plaintiff,

vs.

NEXTLEVEL INFORMATION SOLUTIONS, INC.,
a Florida dissolved corporation, and
GEORGE DORIS, and NEXTLEVEL INFORMATION
SOLUTIONS SIMPLE IRA Plan

Defendants.
_____________________________________/

**DEFAULT FINAL JUDGMENT**

The Defendants, NEXTLEVEL INFORMATION SOLUTIONS, INC., a Florida dissolved corporation, and GEORGE DORIS, and NEXTLEVEL INFORMATION SOLUTIONS SIMPLE IRA Plan having failed to plead or otherwise defend in this action; and defaults against these defendants having been previously entered on May 17, 2016 [D.E. 15]; and counsel for Plaintiff having requested the entry of a Default Final Judgment against Defendants NEXTLEVEL INFORMATION SOLUTIONS, INC., a Florida dissolved corporation, and GEORGE DORIS, and NEXTLEVEL INFORMATION SOLUTIONS SIMPLE IRA Plan; and having filed a proper motion with affidavits in support of the motion;

**IT IS ADJUDGED:**

The Court hereby enters a Default Final Judgment in favor of Plaintiff, Luis S. Rosero-Barros and against Defendants NEXTLEVEL INFORMATION SOLUTIONS, INC., a Florida dissolved corporation, and GEORGE DORIS, and NEXTLEVEL INFORMATION SOLUTIONS SIMPLE IRA Plan as follows:

Plaintiff shall recover from Defendants, NEXTLEVEL INFORMATION SOLUTIONS, INC., a Florida dissolved corporation, and GEORGE DORIS, the principal sum of $18,163.35, $3,937.00 for attorney's fees with costs in the sum of $624.00, for a total of $22,724.35 that shall bear interest at the legal rate until the judgment is satisfied and for which let execution issue forthwith.

**DONE and ORDERED** in Chambers in Miami, Miami-Dade County, Florida on this 25 day of May, 2016.

Joan A. Lenard

HONORABLE JUDGE JOAN A. LENARD
UNITED STATES DISTRICT COURT JUDGE

cc. Carlos A. Mesa, Esq. for the Plaintiff
4960 SW 72 Avenue Suite 206
Miami, Florida 33155
cmesa@mesafloridalawer.com

Defendants:

NEXTLEVEL INFORMATION
SOLUTIONS, INC., a Florida
dissolved corporation; and
GEORGE DORIS; and
NEXTLEVEL INFORMATION
SOLUTIONS SIMPLE IRA
7845 SW 158 Terrace
Miami, Florida 33157